**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

SHANICE POWELL,

Petitioner

: No. 423 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.